# Exhibit "1"

Filing # 127604507 E-Filed 05/26/2021 03:50:10 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION
CASE NO:

CECILIA VALDES FROMETA and
EDUARDO FROMETA, as
Husband and Wife,

Plaintiffs,

vs.

PETSMART LLC, A Foreign Limited
Liability Company formerly doing business
as PETSMART, INC., A Foreign Corporation,

Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiffs, Cecilia Valdes Frometa and Eduardo Frometa, as husband and

wife, by and through undersigned counsel, complaining against Defendant Petsmart LLC, a

foreign limited liability company, formerly doing business as Petsmart, Inc., a foreign

corporation (hereinafter referred to as "Defendant Petsmart"), and in support thereof file this

complaint as follows:

## I. JURISDICTION AND VENUE

1. Plaintiffs Cecilia Valdes Frometa and Eduardo Frometa are residents of the State of

Florida and reside in Miami-Dade County, Florida.

THE VERDECIA LAW FIRM * A Professional Limited Liability Company
3006 Aviation Avenue, Suite 4B * Coconut Grove, Florida 33133 * Office (786) 249-1400 Facsimile (786) 249-1403

2. Defendant Petsmart LLC is a foreign limited liability company organized under the laws of the State of Delaware formerly doing business as Petsmart, Inc. and engages in business in Miami-Dade County, Florida.

3. Venue is proper in Miami-Dade County because the facts giving rise to the cause of action occurred in Miami-Dade County, Florida.

4. Plaintiff seeks damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of post-judgment interest and costs.

## II. GENERAL ALLEGATIONS OF FACT

5. On or about December 19, 2019, Defendant Petsmart owned, managed, and/or operated a retail facility located at or near 16514 SW 88th Street, Miami, Florida.

6. On or about December 19, 2019, Plaintiff was legally a patron on Defendant Petsmart's premises.

7. On or about December 19, 2019, Defendant Petsmart, by and through its agents, employees and/or servants, had exclusive dominion, possession and/or control of the premises.

8. On or about December 19, 2019, it had been raining on and in the vicinity of the subject property.

9. On or about December 19, 2019, Plaintiff Cecilia Frometa was shopping inside the Defendant's store. As Plaintiff Cecilia Frometa was walking towards the entrance area to exit the subject premises she slipped and fell as a result of water on the floor. As a result of the fall Plaintiff Cecilia Frometa sustained numerous severe permanent injuries.

THE VERDECIA LAW FIRM * A Professional Limited Liability Company
3006 Aviation Avenue, Suite 4B * Coconut Grove, Florida 33133 * Office (786) 249-1400 Facsimile (786) 249-1403

10.  Plaintiff did not notice the water until after her fall.  After her fall, Plaintiff noticed that there was water in the entrance area that appeared to have been tracked into the store as evidenced by multiple shoe prints in the area.  Upon information and belief, individuals coming into the store were tracking water into the entrance of the store from the rain outside.

11. Defendant Petsmart, by and through its employees and/or agents, knew or should have known of the dangerous condition of the water on the floor because there was an employee present in the immediate area where Plaintiff Cecilia Frometa slipped and fell which should have noticed the water on the floor before the Plaintiff's incident. Additionally, upon information and belief, the aforementioned Defendant employee witnessed the Plaintiff's fall. After the Plaintiff's fall, Defendant Petsmart, by and through its employees and/or agents, placed a wet floor sign.

12.  Aside from the Defendant Petsmart's actual knowledge of the dangerous condition on the floor before Plaintiff's incident, the water on the floor had been there for an unreasonably long period of time such that Defendant Petsmart, by and through its employees/agents, in the exercise of reasonable care knew or should have known about this unreasonably dangerous condition before the Plaintiff's fall.  Additionally, Defendant Petsmart, by and through its employee and/or agents, knew or should have known that it was raining outside the store and that individuals coming into the store could track water to the entrance area.

THE VERDECIA LAW FIRM * A Professional Limited Liability Company
3006 Aviation Avenue, Suite 4B * Coconut Grove, Florida 33133 * Office (786) 249-1400 Facsimile (786) 249-1403

### III. <u>COUNT I – NEGLIGENCE AGAINST DEFENDANT PETSMART</u>

13. Plaintiffs incorporate by reference the general allegations of fact set forth in paragraphs five (5) through twelve (12) as if fully set forth herein.

14. Defendant Petsmart, by and through its employees/agents, owed the following non-delegable duties of care to Plaintiffs:

      a.  A duty of care to conduct a reasonable inspection of the premises;

      b.  A duty to remove any dangerous condition from the subject floor;

      c.  A duty of care to properly clean and/or maintain the area where Plaintiff was injured;

      d.  A duty to warn of the dangerous condition they created or allowed to be created; and

      e.  A duty to provide a reasonably safe environment.

15. Defendant Petsmart breached the aforementioned duties of care as follows:

      a. By failing to perform a reasonable inspection of the premises;

      b. By failing to remove any dangerous condition from the subject floor;

      c. By failing to properly clean and/or maintain the area where Plaintiff was injured;

      d. By failing to warn of the dangerous condition they created or allowed to be created; and

      e. By failing to provide a reasonably safe environment.

16. Defendant Petsmart's breach of the aforementioned duties is the legal and proximate cause of Plaintiff's damages.

17. Defendant Petsmart is liable for the actions/inactions of its employees/agents

THE VERDECIA LAW FIRM * A Professional Limited Liability Company
3006 Aviation Avenue, Suite 4B * Coconut Grove, Florida 33133 * Office (786) 249-1400 Facsimile (786) 249-1403

under the doctrine of respondeat superior.

18. As a result of the negligence of the Defendant Petsmart, Plaintiff Cecilia Frometa suffered, including but not limited to, permanent bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, wage loss, loss of earning capacity, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment.

19. At all times relevant to this Complaint, Plaintiff Eduardo Frometa was the spouse of Plaintiff Cecilia Valdes Frometa, and they were and continue to live together as husband and wife and are dependent upon each other for services and support.

20. As a direct and proximate result of the above stated negligence of Defendant Petsmart, and due to the resulting injuries to Plaintiff Cecila Valdes Frometa, Plaintiff Eduardo Frometa has suffered in the past and will continue to suffer in the future, the loss of Plaintiff Cecilia Valdes Frometa's services, support, love, affection, consortium, and the care and comfort of his society.

WHEREFORE, Plaintiffs respectfully requests that this Honorable Court enter judgment for Plaintiffs and against Defendant Petsmart in an amount in excess of the minimum jurisdictional limits of this Court for the damages caused by the Defendant. Plaintiff also prays that he be awarded his post-judgment interest at the maximum rate allowed by law and costs associated with prosecuting this matter through appeal (including appeals to the District Court of Appeals of Florida and the Supreme Court of Florida), and for any further relief the Court deems just and proper.

THE VERDECIA LAW FIRM * A Professional Limited Liability Company
3006 Aviation Avenue, Suite 4B * Coconut Grove, Florida 33133 * Office (786) 249-1400 Facsimile (786) 249-1403

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES.**

RESPECTFULLY SUBMITTED this_____26ᵗʰ_____day of May 2021.

> The Verdecia Law Firm, LLC
> 3006 Aviation Avenue, Suite 4B Coconut
> Grove, Florida 33133
> (786) 249-1400 Office
> (786) 249-1403 Facsimile
> service@verdecialaw.com
> carlos@verdecialaw.com
>
> By: _____
> Carlos E. Verdecia
> FL Bar No. 962147
> Betty E. Verdecia
> FL Bar No. 1007745

THE VERDECIA LAW FIRM * A Professional Limited Liability Company
3006 Aviation Avenue, Suite 4B * Coconut Grove, Florida 33133 * Office (786) 249-1400 Facsimile (786) 249-1403